FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Antonio Esquivel-Vega<br><br>            Defendant. | Case No. CR 08-536-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the _____CDCA_____ involving alleged violations of conditions of probation/supervised release:

1.     The court finds that no condition or combination of conditions will reasonably assure:

    A.   ( ✓) the appearance of defendant as required; and/or

    B.   ( ✗) the safety of any person or the community.

///
///
///
///
///

2.    The Court concludes:

A.    (✓)  Defendant has failed to demonstrate by clear and
convincing evidence that he is not likely to pose
a risk to the safety of any other persons or the
community.  Defendant poses a risk to the safety
of other persons or the community based on:

_____

_____

_____

_____

_____

B.    (✓)  Defendant has failed to demonstrate by clear and
convincing evidence that he is not likely to flee
if released.  Defendant poses a flight risk based
on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:    3/9/15

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2