

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO ESQUIVEL-VEGA <br><br> Defendant. | CR 08-00536-GW <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_defendant will comply w/conditions of release. In addition, defendant has extensive criminal history & violated S/R._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_that he will obey conditions; also, defendant has no legal status in US + possible ties to foreign country._

IT IS ORDERED that defendant be detained.

DATED: 1/11/18

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE